UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-00487-FWS (JDEx) | Date | April 21, 2023 |
|---|---|---|---|
| Title | Adam Ghadiri v. Century Collision Center et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [13] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any outstanding Orders to Show Cause are discharged.

                                                                                           -     :     -

                                                              Initials of Deputy Clerk    mku

cc: